Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Pamela A. Polinski**
   Debtor(s)

Bankruptcy Case No.: 17–23434–CMB
Related to Doc. No. 48
Chapter: 13
Docket No.: 49 – 48
Concil. Conf.: November 12, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **September 28, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 19, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **November 12, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 13, 2020

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-23434-CMB
Pamela A. Polinski                                                      Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: dric              Page 1 of 2                  Date Rcvd: Aug 13, 2020
                              Form ID: 410            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db             +Pamela A. Polinski,    352 Middletown Rd.,    New Stanton, PA 15672-1180
14682944       +Capital Bank,    1 Church St,   Rockville, MD 20850-4190
14703734      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company LLC,    PO Box 62180,
                Colorado Springs, CO 80962)
14682948       +Frd Motor Cr,   P.O. Box 542000,    Omaha, NE 68154-8000
15028980       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
14682951       +Pacific Union Financia,    1603 Lbj Fwy Ste 500,   Farmers Branch, TX 75234-6071
14735731       +Pacific Union Financial, LLC,    1603 LBJ Freeway, Suite 500,    Dallas, TX 75234-6071
14682952        University Fidelity LP,    P.O. Box 219785,   Houston, TX 77218-9785
14725412        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
14682955        Wf Crd Svc,    Cscl Dispute Team N8235-04m,   Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2020 04:16:10
                PRA  Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
14682945        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2020 04:16:06     Capital One,
                15000 Capital One Dr,    Richmond, VA 23238
14682943       +E-mail/Text: bankruptcy@usecapital.com Aug 14 2020 04:14:48     Capital Accounts,
                Po Box 140065,    Nashville, TN 37214-0065
14682946        E-mail/Text: convergent@ebn.phinsolutions.com Aug 14 2020 04:14:27
                Convergent Outsourcing, Inc.,    800 SW 39th St.,   P.O. Box 9004,   Renton, WA 98057-9004
14690449        E-mail/Text: mrdiscen@discover.com Aug 14 2020 04:13:33     Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14682947       +E-mail/Text: mrdiscen@discover.com Aug 14 2020 04:13:33     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
14741491       +E-mail/Text: bankruptcy@sccompanies.com Aug 14 2020 04:13:22     Massey's,
                c/o Creditors Bankruptcy Service,    P O Box 800849,   Dallas, TX 75380-0849
14736507       +E-mail/Text: bankruptcy@sccompanies.com Aug 14 2020 04:14:47     Montgomery Ward,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
14707683        E-mail/PDF: cbp@onemainfinancial.com Aug 14 2020 04:16:03     ONEMAIN,   PO BOX 3251,
                EVANSVILLE, IN. 47731-3251
14682950       +E-mail/PDF: cbp@onemainfinancial.com Aug 14 2020 04:15:15     Onemain,   Po Box 1010,
                Evansville, IN 47706-1010
14832202        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2020 04:15:45
                Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
14725931        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2020 04:15:45
                Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14757565        E-mail/Text: bnc-quantum@quantum3group.com Aug 14 2020 04:13:47
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
                Kirkland, WA  98083-0788
14723063        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2020 04:16:16     Verizon,
                by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
14682954       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 14 2020 04:14:32     Webbank/fingerhut,
                6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              Pacific Union Financial, LLC
cr              Pacific Union Financial, LLC
14682949     ##+Midwest Recovery Syste,    2747 W Clay Street,   Saint Charles, MO 63301-2557
14682953     ##+Van Ru Credit Corporation,    1350 E. Touhy Avenue,   Suite 300E,   Des Plaines, IL 60018-3342
                                                                                 TOTALS: 4, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2               User: dric                  Page 2 of 2                  Date Rcvd: Aug 13, 2020
                                   Form ID: 410                Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Pacific Union Financial, LLC
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Celine P. DerKrikorian    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com
              Glenn R. Bartifay    on behalf of Debtor Pamela A. Polinski gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 7
```