IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO.  17-23434-CMB |
| | ) | |
| PAMELA A. POLINSKI, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Order of Court dated August 13, 2020, Doc. No. 49, and the Amended Plan dated September 28, 2020, Doc. No. 52 were served as follows:

By electronic notice for the above Order on August 13, 2020 and the above Plan on September 28, 2020, addressed as follows:

Celine P. DerKrikorian on behalf of Creditor Pacific Union Financial, LLC, ecfmail@mwc-law.com

Alexandra Teresa Garcia on behalf of Creditor Pacific Union Financial, LLC, ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brian Nicholas on behalf of Creditor NATIONSTAR MORTGAGE LLC, bnicholas@kmllawgroup.com

Brian Nicholas on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

By regular mail on September 28, 2020 for both the above Order and the above Plan addressed to the parties in the attached mailing matrix.

Dated: September 28, 2020         /s/ Glenn R. Bartifay
GLENN R. BARTIFAY
Counsel for Debtor
Pa. Id. No. 68763

BARTIFAY LAW OFFICES, P.C.
3134 Lillian Avenue
First Floor
Murrysville, PA 15668
(412) 824-4011
gbartifay@bartifaylaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-23434-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Sep 28 11:34:42 EDT 2020 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Capital Accounts<br>Po Box 140065<br>Nashville, TN 37214-0065 | Capital Bank<br>1 Church St<br>Rockville, MD 20850-4190 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Convergent Outsourcing, Inc.<br>800 SW 39th St.<br>P.O. Box 9004<br>Renton, WA 98057-9004 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Frd Motor Cr<br>P.O. Box 542000<br>Omaha, NE 68154-8000 | Massey's<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 |
| Midwest Recovery Syste<br>2747 W Clay Street<br>Saint Charles, MO 63301-2557 | Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9094 |
| ONEMAIN<br>PO BOX 3251<br>EVANSVILLE, IN. 47731-3251 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Onemain<br>Po Box 1010<br>Evansville, IN 47706-1010 |
| Pacific Union Financia<br>1603 Lbj Fwy Ste 500<br>Farmers Branch, TX 75234-6071 | Pacific Union Financial, LLC<br>1603 LBJ Freeway, Suite 500<br>Dallas, TX 75234-6071 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | University Fidelity LP<br>P.O. Box 219785<br>Houston, TX 77218-9785 | Van Ru Credit Corporation<br>1350 E. Touhy Avenue<br>Suite 300E<br>Des Plaines, IL 60018-3342 |
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Webbank/fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wf Crd Svc<br>Cscl Dispute Team N8235-04m<br>Des Moines, IA 50306 | Glenn R. Bartifay<br>3134 Lillian Avenue<br>First Floor<br>Murrysville, PA 15668-1868 | Pamela A. Polinski<br>352 Middletown Rd.<br>New Stanton, PA 15672-1180 |

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Ford Motor Credit Company LLC<br>PO Box 62180<br>Colorado Springs, CO 80962 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)NATIONSTAR MORTGAGE LLC | (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | (u)Pacific Union Financial, LLC |

End of Label Matrix
Mailable recipients    30
Bypassed recipients     3
Total                  33