# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE: PAMELA A. POLINSKI**  )
                                                        )  Case No. 17-23434-CMB
                                                        )
                                                        )  **Chapter 13**
                      **Debtor(s).**             )
                                                         X

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒     a motion to dismiss case or certificate of default requesting dismissal

☐     a plan modification sought by: _____

☐     a motion to lift stay
      as to creditor     _____

☐     Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated ___9/28/20_____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒     Debtor(s) Plan payments shall be changed from $ 1911 to $1.78 to Complete with a 12/2022 LTCD takeover; and/or the Plan term shall be changed from ___ months to ____ months.

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
➢ Trustee's Certificate of Default (at Doc 61) is treated as resolved by this Order.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  31st day of  October , 2022

_____
United States Bankruptcy Judge   **dmr**

Stipulated by:

/s/ Glenn R. Bartifay
Counsel to Debtor

Stipulated by:

/s/ Owen W. Katz
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

FILED
10/31/22 11:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Pamela A. Polinski  
     Debtor

Case No. 17-23434-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Oct 31, 2022      Form ID: pdf900      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela A. Polinski, 352 Middletown Rd., New Stanton, PA 15672-1180 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| 14682949 | + | Midwest Recovery Syste, 2747 W Clay Street, Saint Charles, MO 63301-2557 |
| 14682952 | | University Fidelity LP, P.O. Box 219785, Houston, TX 77218-9785 |
| 14682953 | + | Van Ru Credit Corporation, 1350 E. Touhy Avenue, Suite 300E, Des Plaines, IL 60018-3342 |
| 14682955 | | Wf Crd Svc, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 01 2022 00:04:13 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14682945 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2022 00:04:19 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14682943 | + | Email/Text: bankruptcy@usecapital.com | Oct 31 2022 23:52:00 | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 14682944 | ^ | MEBN | Oct 31 2022 23:47:05 | Capital Bank, 1 Church St, Rockville, MD 20850-4190 |
| 14682946 | | Email/Text: convergent@ebn.phinsolutions.com | Oct 31 2022 23:52:00 | Convergent Outsourcing, Inc., 800 SW 39th St., P.O. Box 9004, Renton, WA 98057-9004 |
| 14690449 | | Email/Text: mrdiscen@discover.com | Oct 31 2022 23:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14682947 | + | Email/Text: mrdiscen@discover.com | Oct 31 2022 23:52:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14703734 | | Email/Text: EBNBKNOT@ford.com | Oct 31 2022 23:52:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962 |
| 14682948 | + | Email/Text: EBNBKNOT@ford.com | Oct 31 2022 23:52:00 | Frd Motor Cr, P.O. Box 542000, Omaha, NE 68154-8000 |
| 14741491 | + | Email/Text: bankruptcy@sccompanies.com | Oct 31 2022 23:52:00 | Massey's, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14736507 | + | Email/Text: bankruptcy@sccompanies.com | Oct 31 2022 23:52:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15028980 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 31 2022 23:52:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14707683 | | Email/PDF: cbp@onemainfinancial.com | Nov 01 2022 00:04:20 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14682950 | + | Email/PDF: cbp@onemainfinancial.com | Nov 01 2022 00:04:18 | Onemain, Po Box 1010, Evansville, IN |

Case 17-23434-CMB   Doc 72   Filed 11/02/22   Entered 11/03/22 00:27:38   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2022 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 47706-1010 |
| 14832202 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 01 2022 00:04:14 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14725931 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 01 2022 00:04:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14682951 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 31 2022 23:52:00 | Pacific Union Financia, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14735731 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 31 2022 23:52:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Dallas, TX 75234-6071 |
| 14757565 | | Email/Text: bnc-quantum@quantum3group.com | Oct 31 2022 23:52:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14723063 | | Email/PDF: ebn_ais@aisinfo.com | Nov 01 2022 00:04:20 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14682954 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 31 2022 23:52:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14725412 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 01 2022 00:04:13 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pacific Union Financial, LLC |
| cr | | Pacific Union Financial, LLC |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 31, 2022 | Form ID: pdf900 | Total Noticed: 28 |

Brian Nicholas
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Celine P. DerKrikorian
    on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com

Glenn R. Bartifay
    on behalf of Debtor Pamela A. Polinski gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
    on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 8