**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> PAMELA A. POLINSKI <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:17-23434 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


December 22, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/28/2017 and confirmed on 10/20/17. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 101,361.53 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 101,361.53 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,913.00 | |
|   Trustee Fee | 4,295.42 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,208.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR (  Acct: 5902 | 0.00 | 69,433.51 | 0.00 | 69,433.51 |
|   NATIONSTAR MORTGAGE LLC D/B/A MR (  Acct: 5902 | 15,404.01 | 15,404.01 | 0.00 | 15,404.01 |
|   FORD MOTOR CREDIT COMPANY LLC(*)  Acct: 0170 | 6,864.63 | 6,864.63 | 450.96 | 7,315.59 |
| | | | | 92,153.11 |
| **Priority** | | | | |
|   GLENN R BARTIFAY ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   PAMELA A. POLINSKI  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   BARTIFAY LAW OFFICES PC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   GLENN R BARTIFAY ESQ  Acct: | 3,413.00 | 3,413.00 | 0.00 | 0.00 |
|   GLENN R BARTIFAY ESQ  Acct: XXXXXXXXXXXXXXXXXXXXXXX9/22 | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
|             \*\*\*N O N E\*\*\* | | | | |
| **Unsecured** | | | | |
|   CAPITAL ACCOUNTS LLC  Acct: 5239 | 0.00 | 0.00 | 0.00 | 0.00 |
|   CAPITAL BANK++  Acct: 0398 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PORTFOLIO RECOVERY ASSOCIATES, LL  Acct: 5765 | 303.06 | 0.00 | 0.00 | 0.00 |
|   CONVERGENT OUTSOURCING INCORP  Acct: 8934 | 0.00 | 0.00 | 0.00 | 0.00 |
|   DISCOVER BANK(*)  Acct: 8236 | 2,942.53 | 0.00 | 0.00 | 0.00 |
|   MIDWEST RECOVERY++  Acct: 5837 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ONE MAIN FINANCIAL GROUP LLC(*) | 8,866.96 | 0.00 | 0.00 | 0.00 |

17-23434                                                                                                              Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 0224 | | | | |
|     PRA RECEIVABLES MANAGEMENT LLC - A | 789.50 | 0.00 | 0.00 | 0.00 |
| Acct: 3333 | | | | |
|     MONTGOMERY WARDS** | 815.25 | 0.00 | 0.00 | 0.00 |
| Acct: 6290 | | | | |
|     MASSEYS | 664.91 | 0.00 | 0.00 | 0.00 |
| Acct: 6A2Y | | | | |
|     QUANTUM3 GROUP LLC AGNT - SADINO I | 585.10 | 0.00 | 0.00 | 0.00 |
| Acct: 5225 | | | | |
|     WELLS FARGO BANK NA | 1,816.43 | 0.00 | 0.00 | 0.00 |
| Acct: 7225 | | | | |
|     VERIZON BY AMERICAN INFOSOURCE LP | 695.71 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
|     MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                92,153.11

TOTAL CLAIMED
PRIORITY           0.00
SECURED       22,268.64
UNSECURED     17,479.45

Date: 12/22/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PAMELA A. POLINSKI

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-23434

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23434-CMB |
| Pamela A. Polinski | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 28, 2022 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela A. Polinski, 352 Middletown Rd., New Stanton, PA 15672-1180 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| 14682949 | + | Midwest Recovery Syste, 2747 W Clay Street, Saint Charles, MO 63301-2557 |
| 14682952 | | University Fidelity LP, P.O. Box 219785, Houston, TX 77218-9785 |
| 14682953 | + | Van Ru Credit Corporation, 1350 E. Touhy Avenue, Suite 300E, Des Plaines, IL 60018-3342 |
| 14682955 | | Wf Crd Svc, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 23:49:47 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14682945 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2022 23:49:44 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14682943 | + | Email/Text: bankruptcy@usecapital.com | Dec 28 2022 23:50:00 | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 14682944 | ^ | MEBN | Dec 28 2022 23:43:48 | Capital Bank, 1 Church St, Rockville, MD 20850-4190 |
| 14682946 | | Email/Text: convergent@ebn.phinsolutions.com | Dec 28 2022 23:50:00 | Convergent Outsourcing, Inc., 800 SW 39th St., P.O. Box 9004, Renton, WA 98057-9004 |
| 14690449 | | Email/Text: mrdiscen@discover.com | Dec 28 2022 23:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14682947 | + | Email/Text: mrdiscen@discover.com | Dec 28 2022 23:50:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14703734 | | Email/Text: EBNBKNOT@ford.com | Dec 28 2022 23:50:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962 |
| 14682948 | + | Email/Text: EBNBKNOT@ford.com | Dec 28 2022 23:50:00 | Frd Motor Cr, P.O. Box 542000, Omaha, NE 68154-8000 |
| 14741491 | + | Email/Text: bankruptcy@sccompanies.com | Dec 28 2022 23:50:00 | Massey's, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14736507 | + | Email/Text: bankruptcy@sccompanies.com | Dec 28 2022 23:50:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15028980 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 23:50:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14707683 | | Email/PDF: cbp@onemainfinancial.com | Dec 28 2022 23:49:51 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14682950 | + | Email/PDF: cbp@onemainfinancial.com | Dec 28 2022 23:49:45 | Onemain, Po Box 1010, Evansville, IN |

Case 17-23434-CMB    Doc 77    Filed 12/30/22    Entered 12/31/22 00:24:28    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 47706-1010 |
| 14832202 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 23:49:53 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14725931 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 23:49:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14682951 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 23:50:00 | Pacific Union Financia, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14735731 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 23:50:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Dallas, TX 75234-6071 |
| 14757565 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2022 23:50:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14723063 | | Email/PDF: ebn_ais@aisinfo.com | Dec 28 2022 23:49:37 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14682954 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 28 2022 23:50:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14725412 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 28 2022 23:49:51 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pacific Union Financial, LLC |
| cr | | Pacific Union Financial, LLC |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Dec 28, 2022 | Form ID: pdf900 | Total Noticed: 28

| | |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com |
| Glenn R. Bartifay | on behalf of Debtor Pamela A. Polinski gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8