**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
PAMELA A. POLINSKI

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-23434

Chapter 13

Document No.: 74

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 16th day of February, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
2/16/23 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm* dmr
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-23434-CMB
Pamela A. Polinski  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Feb 16, 2023      Form ID: pdf900      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Pamela A. Polinski, 352 Middletown Rd., New Stanton, PA 15672-1180 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| 14682949 | + | Midwest Recovery Syste, 2747 W Clay Street, Saint Charles, MO 63301-2557 |
| 14682952 | | University Fidelity LP, P.O. Box 219785, Houston, TX 77218-9785 |
| 14682953 | + | Van Ru Credit Corporation, 1350 E. Touhy Avenue, Suite 300E, Des Plaines, IL 60018-3342 |
| 14682955 | | Wf Crd Svc, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2023 00:04:24 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14682945 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2023 09:32:17 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14682943 | + | Email/Text: bankruptcy@usecapital.com | Feb 16 2023 23:54:00 | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 14682944 | ^ | MEBN | Feb 16 2023 23:47:15 | Capital Bank, 1 Church St, Rockville, MD 20850-4190 |
| 14682946 | | Email/Text: convergent@ebn.phinsolutions.com | Feb 16 2023 23:54:00 | Convergent Outsourcing, Inc., 800 SW 39th St., P.O. Box 9004, Renton, WA 98057-9004 |
| 14690449 | | Email/Text: mrdiscen@discover.com | Feb 16 2023 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14682947 | + | Email/Text: mrdiscen@discover.com | Feb 16 2023 23:54:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14703734 | | Email/Text: EBNBKNOT@ford.com | Feb 16 2023 23:54:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962 |
| 14682948 | + | Email/Text: EBNBKNOT@ford.com | Feb 16 2023 23:54:00 | Frd Motor Cr, P.O. Box 542000, Omaha, NE 68154-8000 |
| 14741491 | + | Email/Text: bankruptcy@sccompanies.com | Feb 16 2023 23:54:00 | Massey's, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14736507 | + | Email/Text: bankruptcy@sccompanies.com | Feb 16 2023 23:54:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15028980 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2023 23:54:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14707683 | | Email/PDF: cbp@onemainfinancial.com | Feb 17 2023 00:04:17 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14682950 | + | Email/PDF: cbp@onemainfinancial.com | Feb 17 2023 00:04:16 | Onemain, Po Box 1010, Evansville, IN |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 47706-1010 |
| 14832202 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2023 00:04:21 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14725931 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2023 00:04:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14682951 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2023 23:54:00 | Pacific Union Financia, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14735731 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2023 23:54:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Dallas, TX 75234-6071 |
| 14757565 | | Email/Text: bnc-quantum@quantum3group.com | Feb 16 2023 23:54:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14723063 | | Email/PDF: ebn_ais@aisinfo.com | Feb 17 2023 00:04:20 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14682954 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 16 2023 23:54:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14725412 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 17 2023 00:04:24 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pacific Union Financial, LLC |
| cr | | Pacific Union Financial, LLC |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2023       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Pacific Union Financial LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 16, 2023 | Form ID: pdf900 | Total Noticed: 28 |

Brian Nicholas
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Celine P. DerKrikorian
    on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com

Glenn R. Bartifay
    on behalf of Debtor Pamela A. Polinski gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
    on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8